**UNITED STATES of America**

v.

**Mark LAWRENCE, Appellant.**

No. 13–4315.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) June 26, 2015.

Sept. 30, 2015.

Joseph A. Labar, Esq., Mary Beth Leahy, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America.

Thomas A. Dreyer, Esq., Chadds Ford, PA, for Appellant.

Before CHAGARES, KRAUSE, and BARRY, Circuit Judges.

## JUDGMENT ORDER

MICHAEL A. CHAGARES, Circuit Judge.

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on June 26, 2015.

While on appeal, the Government made certain concessions in its briefing for the first time. The District Court was, thus, unable to consider these concessions in rendering its decision. We hold that the District Court should have the opportunity to consider the Government's concessions in the first instance. For that reason, it is now hereby ORDERED and ADJUDGED by this Court that the District Court's order dated September 30, 2013 is VACATED and REMANDED.